IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE E.T. MOORE,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:24-cv-184-TFM-B |
| | ) |
| **CONTAINERPORT GROUP, INC.,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On September 16, 2024, the Magistrate Judge entered a Report and Recommendation which recommends the Plaintiffs' motion to remand (Doc. 13) be granted and this case be remanded back to the Circuit Court of Mobile County, Alabama. *See* Doc. 22. No objections were filed and the time frame has passed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge (Doc. 22) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiffs' motion to remand (Doc. 13) is **GRANTED**. This action is **REMANDED** to the Circuit Court of Mobile County, Alabama.

The Clerk of Court is **DIRECTED** to take the appropriate steps to effectuate the remand.

**DONE** and **ORDERED** this 10th day of October, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE